### BRAND *v.* CITY OF LAWRENCEVILLE.

ATKINSON, J. Neither under the provisions of § 5543 of the Civil Code, nor under any other provision of law in this State, is one who has been a trial judge given any authority to certify, after the judge goes out of office by resignation or otherwise, a "fast" bill of exceptions. See, in this connection, *Grace* v. *Gordon*, 113 *Ga*. 88. It follows that where a petition for injunction was heard before a judge of the superior court, who, after refusing the injunction, resigned his office, and, after his resignation had gone into effect, certified to this court a bill of exceptions assigning error upon his ruling refusing the injunction, this court did not acquire jurisdiction, and the writ of error will be dismissed.

*Writ of error dismissed. All the Justices concur.*

Practice in the Supreme Court.

*F. C. Foster* and *Peeples & Jordan,* for plaintiff.

*N. L. Hutchins, Jr.,* for defendant.